# EXHIBIT C

PRIVATE AND CONFIDENTIAL



**Sutton National Insurance Pool (Sutton Specialty Insurance Company NAIC 16848 & Sutton National Insurance Company NAIC 25798)**
1855 Griffin Road Suite B-390
Danie Beach
FL 33004

13 May 2024

BY EMAIL AND POST

Re:   Guaranty and Indemnity in relation to Bonza Aviation Pty Ltd ("**Bonza**") Stripe Account (acct_1NbFVzBYbymsU6iC)

Dear Sirs,

We refer to the Guaranty and Indemnity Agreement (the "**Guaranty**") executed between Stripe Payments Australia Pty Ltd ("**Stripe**") and Sutton National Insurance Pool (made up of Sutton Speciality Insurance Company and Sutton National Insurance Company, together referred to as "**Sutton**") on 4 August 2023.

As you are aware, Richard Albarran, Kathleen Vouris, Brent Kijurina and Cameron Shaw of Hall Chadwick were appointed Administrators of Bonza on 30 April 2024 pursuant to Section 436A of the Australian Corporations Act 2001 by a resolution of the directors of Bonza.

This letter is to formally demand the immediate payment of funds from Sutton to cover the obligations owed by Bonza to Stripe, as further described below.

**The Stripe Services Agreement and Reserve**

As you are aware, Stripe and Bonza entered into a Services Agreement on 1 August 2023 (the "**SSA**"). Section 4.4 of the Stripe Payment Services Schedule - Direct (the "**PSS**"), which forms part of the SSA, provides that "*[i]f Stripe reasonably determines that a Triggering Event has occurred, Stripe may [...] establish, fund and use a Reserve*". A "Triggering Event" is defined in the PSS to include, amongst other things, "*a material deterioration of [Bonza's] business or financial condition*".

Furthermore, under section 4.5 of the PSS, Stripe is entitled to fund the reserve from:
1. funds Bonza provides upon Stripe's request;
2. amounts Stripe owes to Bonza for Transactions that Bonza accepts through the Stripe Payments Services; or
3. debiting Bonza's bank account.

On 29 April 2024, Stripe exercised its right under the SSA to impose a Reserve on Bonza's Stripe account. By notice in writing, Stripe notified Bonza that a fixed reserve had been placed on Bonza's Stripe account with a target reserve amount of AUD $6,000,000 due to (a) forward trading (ie. unfulfilled services) being approximately AUD $20,000,000, and (b) the existence of

PRIVATE AND CONFIDENTIAL

approximately AUD $2,600,000 of charges via web checkout that did not have their fulfilment date provided to Stripe. These factors represent additional financial exposure that Stripe needed to mitigate with the Reserve.

As a result of being placed into Administration on 30 April 2024, Bonza is unable to fund the Reserve through any of the three methods described in the PSS. As such, the funds required to accumulate AUD $6,000,000 in the Reserve represent an Obligation as defined in the Guaranty.

**Demand and Request**

In light of the above, Stripe demands that:
(a) Sutton immediately and no later than **14 May 2024** wire funds to Stripe to cover the full amount of the Reserve;
(b) Sutton commits to wire further funds to Stripe promptly upon Stripe's future request, to maintain the Reserve at AUD $6,000,000 or to satisfy any other due but unpaid amount from Bonza to Stripe, on the condition that the total funds transferred from Sutton to Stripe shall not exceed AUD $14,000,000;
(c) Sutton provides fully updated financial statements for both **Sutton Specialty Insurance Company** and **Sutton National Insurance Company**;
(d) Sutton commits to having and maintaining sufficient and available liquid assets to fully and promptly cover its obligations under the Guaranty, for as long as Stripe has financial exposure to Bonza; and
(e) Sutton confirms that its liquid assets are not otherwise subject to any security interest which would prevent Sutton from meeting its obligations under the Guaranty.

If we do not receive, by **14 May 2024,** satisfactory responses to the request above, Stripe intends to defend its interests and take all action available to it, including seeking full recovery of all amounts owed by Bonza including all legal fees and expenses, and recoverable interest to the extent permitted by law.

In the meantime, Stripe reserves all of its rights under the SSA and Guaranty, including but not limited to the right to demand immediate further payment up to a total of AUD $14,000,000.

Yours sincerely


Stripe Payments Australia Pty Ltd

Copy to:
Shane Haverstick - Director, Chief Executive Officer & Chief Operations Officer, Sutton National
Simon Gildener - General Counsel, Sutton National