UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STRIPE PAYMENTS AUSTRALIA PTY LTD, <br><br> Plaintiff, <br><br> - against - <br><br> 777 PARTNERS, LLC, SUTTON SPECIALTY INSURANCE COMPANY, and SUTTON NATIONAL INSURANCE COMPANY, <br><br> Defendants. | Case No.  25-cv-22230-XXXX <br><br> **PLAINTIFF STRIPE PAYMENTS AUSTRALIA PTY LTD.'S RULE 7.1 DISCLOSURE STATEMENT** |

**Part I.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Stripe Payments Australia Pty Ltd. ("**Stripe**") states that it is not a publicly held company and that no publicly held corporation owns 10% or more of its stock.

**Part II.**

For purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332, Plaintiff Stripe is a "PTY" or "Proprietary Limited" company, a stock company akin to a corporation, incorporated under the laws of the Commonwealth of Australia with its registered office in Australia.  Therefore Stripe is a citizen of a foreign state for diversity purposes.

Defendant 777 Partners, LLC ("**777**") is a limited liability company organized under the laws of the State of Delaware and having its principal place of business in Miami, Florida.  Upon information and belief, 777 has one member, SuttonPark Acquisition LLC, which is organized under the laws of Delaware and has its principal place of business in Florida. SuttonPark Acquisition LLC has two members, JARM Capital LLC and MTCP LLC, both of which are

organized under the laws of Delaware and have their principal places of business in Florida. The sole member of JARM Capital LLC is Josh Wander, and the sole member of MTCP LLC is Steven Pasko. Both Mr. Wander and Mr. Pasko are residents of the State of Florida. Therefore 777 is a citizen of Florida for diversity purposes.

Defendant Sutton Specialty is an insurance company organized under the laws of the State of Oklahoma and having its principal place of business in Dania Beach, Florida. Therefore Sutton specialty is a citizen of Florida and Oklahoma for diversity purposes.

Defendant Sutton National is an insurance company organized under the laws of the State of Oklahoma and having its principal place of business in Dania Beach, Florida. Therefore Sutton specialty is a citizen of Florida and Oklahoma for diversity purposes.

Dated:    May 15, 2025

    STACK FERNANDEZ & HARRIS, P.A.
By: s/Robert Harris
Robert Harris
Fla. Bar No. 0817783
rharris@stackfernandez.com
Brian J. Stack, Esq.
Fla. Bar No. 476234
bstack@stackfernandez.com
255 Alhambra Circle, Suite 330
Coral Gables, Florida 33143
305.371.1001

DAVIS WRIGHT TREMAINE LLP
John M. Magliery (*pro hac vice* application forthcoming)
Francesca Reifer (*pro hac vice* application forthcoming)
1251 Avenue of the Americas
21st Floor
New York, New York 10020
212.489.8230
johnmagliery@dwt.com
francescareifer@dwt.com

Lauren Dorsett (*pro hac vice* application forthcoming)
920 Fifth Avenue
Suite 3300

Seattle, Washington 98104
206.622.3150
laurendorsett@dwt.com

4932-2802-6691v.1 0095740-000189